IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS and
SUSAN JONES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2010.**

    Plaintiff's Motion for An Order Ordering the Defendants to Allow Plaintiff Rueb to Make Whatever Amounts of Pleading Photocopy Sets as are Necessary to Comply with Court Requirements [filed February 8, 2010; docket #17] is **denied**.  "A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine, particularly when as here, there are suitable alternatives." *Holt v. Werholtz*, 185 F. App'x 737, 740 (10th Cir. 2006) (citing *Harrell v. Keohane*, 621 F.2d 1059, 1061 (10th Cir. 1980)).  The suitable alternative, as in *Holt* and *Harrell*, is producing hand-written copies.

    The Court notes that the Bureau of Prison's Executive Order setting the price of photocopies in the federal prison system was issued in June 2008.  (Docket #17 at 1, 8.)  Plaintiff initiated this action in December 2009.  (*See* docket #3.)  Thus, Plaintiff had plenty of notice as to the potential cost of filing and prosecuting a civil lawsuit.  Although Plaintiff is proceeding in this case without an attorney, he bears the responsibility of prosecuting this case with due diligence.  The Court must liberally construe *pro se* filings; however, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants.  *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).