IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

      Plaintiff,

v.

ARISTEDES ZAVARAS and
SUSAN JONES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2010.**

      Plaintiff's Motion for Leave to Amend the Complaint [filed February 16, 2010; docket #21] is **granted**. Fed. R. Civ. P. 15(a)(1)(B) provides that "A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading . . . ." No responsive pleading has been filed in this matter. Accordingly, the Clerk of Court is directed to enter the Amended Complaint located at Docket #21-2.