IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS, et al.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2010.**

    Plaintiff's Supplemental Motion for the Court to Issue, and Order Service by the U.S. Marshal's Office, of the Attached Subpoenas Duces Tecums [sic] [filed March 22, 2010; docket #38] is **denied without prejudice** for the same reasons stated in this Court's order issued March 17, 2010. (Docket #37 at 3-4.)