IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS, *et al.*,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Defendants' Motion to Stay Discovery and Vacate Preliminary Scheduling Conference Based on Qualified Immunity [filed April 21, 2010; docket #52]. The motion is referred to this Court for adjudication. (Docket #52.) Based on clearly established law, the Court decides this matter without reviewing a response from Plaintiff. For the following reasons, the Court **GRANTS** Defendants' Motion to Stay Discovery and Vacate Preliminary Scheduling Conference Based on Qualified Immunity.

Defendants, through the Colorado Attorney General, filed a Motion to Dismiss contemporaneously with this Motion to Stay, seeking to dispose of Plaintiff's entire Amended Complaint for lack of subject matter jurisdiction and for failure to state a claim. (Dockets #51.) Defendants assert entitlement to qualified immunity, as they contend Plaintiff fails to allege any constitutional claims and attempts to establish new law through the filing of his Amended Complaint. (*Id*. at 29-30.) In light of this argument, Defendants filed this Motion to Stay. (Docket #52.)

The Supreme Court established that evaluating the defense of qualified immunity is a threshold issue, and "[u]ntil this threshold immunity question is resolved, discovery should not be allowed." *Siegert v. Gilley*, 500 U.S. 226, 233 (1991) (citing *Harlow v. Fitzgerald,* 457 U.S. 800, 818 (1982)); *Workman v. Jordan,* 958 F.2d 332, 336 (10th Cir. 1992) (same); *see also Behrens v. Pelletier,* 516 U.S. 299, 308 & 310 (1996) (noting that discovery can be particularly disruptive when a dispositive motion regarding immunity is pending). As stated, Defendants raise qualified immunity as a defense in the pending Motion to Dismiss. Therefore, the Court must follow Supreme Court precedent regarding staying discovery until resolution of the immunity question.

Accordingly, the Court **GRANTS** Defendants' Motion to Stay Discovery and Vacate Preliminary Scheduling Conference Based on Qualified Immunity [filed April 21, 2010; docket #52]. The proceedings are hereby stayed pending a determination on the Motion to Dismiss by the District Court;

The Preliminary Status/Scheduling Conference set for May 10, 2010, is hereby **vacated**; and

Defendants' Motion for Leave to Exceed Page Limitation [filed April 21, 2010; docket #49] is **GRANTED**. Defendants are permitted to file excess pages with their Motion to Dismiss.

Dated at Denver, Colorado, this 23rd day of April, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge