**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS, et al.,

    Defendants.

## OVERRULING OBJECTIONS TO AND ADOPTING
## RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation To Deny Plaintiff's Motion for Temporary Restraining Order** [#57], filed April 23, 2010; (2) **Plaintiff's Objection and Request for Immediate De Novo Review Regarding the Magistrate's 4-23-10 Recommendation of Denial of the Plaintiff's "Motion for Temporary Restraining Order"** [#65], filed April 28, 2010; (3) the magistrate judge's subsequent, related **Recommendation** [#69], filed April 29, 2010; and (4) **Plaintiff's Renewed Objection to the Magistrate's 4-24-10 Recommendation for the Denial of Issuance of Temporary Restraining Order, and Request for Telephone Hearing, and Immediate De Novo Review** [#72], filed May 5, 2010. I overrule the objections, adopt the recommendations, and deny plaintiff's motions for a temporary restraining order.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw.  Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See *Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).  The recommendations are detailed and well-reasoned.  Contrastingly, plaintiff's objections are without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Recommendation To Deny Plaintiff's Motion for Temporary Restraining Order** [#57], filed April 23, 2010; (2) **Plaintiff's Objection and Request for Immediate De Novo Review Regarding the Magistrate's 4-23-10 Recommendation of Denial of the Plaintiff's "Motion for Temporary Restraining Order"** [#65], filed April 28, 2010, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That the magistrate judge's **Recommendation** [#69], filed April 29, 2010, also is **APPROVED** and **ADOPTED** as an order of this court;

3. That **Plaintiff's Objection and Request for Immediate De Novo Review Regarding the Magistrate's 4-23-10 Recommendation of Denial of the Plaintiff's "Motion for Temporary Restraining Order"** [#65], filed April 28, 2010, as well as **Plaintiff's Renewed Objection to the Magistrate's 4-24-10 Recommendation for the Denial of Issuance of Temporary Restraining Order, and Request for Telephone Hearing, and Immediate De Novo Review** [#72], filed May 5, 2010, are **OVERRULED**;

4. That plaintiff's **Motion for Temporary Restraining Order** [#45], filed April 19, 2010, is **DENIED**; and

5. That plaintiff's **Supplemental Motion for Temporary Restraining Order, and/or Motion To Reconsider any denials Already Possibly Made Regarding the Original TRO Motion** [#63], filed April 27, 2010, is **DENIED**.

Dated May 7, 2010, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge