IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS, *et al.*

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2010.**

    Plaintiff's "Motion to Revise and Supplement 'Memorandum of Law . . .' Argument through Interlineation" [filed November 15, 2010; docket #111] is **granted** to the extent that the Court will consider the additional briefing included in this motion in its recommendation on the pending Motion to Dismiss.