IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
SUSAN JONES,
DENNIS BURBANK,
ANTHONY DECESARO,
LARRY REID, and
WILLIAM RICHTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2011.**

    Plaintiff's Motion to Stay [filed March 21, 2011; docket #126] is **denied**.  Plaintiff asks the Court to stay the effect of the March 7, 2011 order on Defendants' motion to dismiss and to permit Plaintiff through May 2, 2011, to file a Second Amended Complaint and a motion for reconsideration.  Plaintiff provides no authority for the relief he requests, nor can the Court find any authority indicating that a stay of an order granting in part and denying in part a motion to dismiss would be a proper mechanism to challenge such order.  Plaintiff, like any other litigant seeking reconsideration of an order, may file the appropriate motion under Rule 59 or 60, if he so chooses.

    The Court reminds all parties in this matter of their continuing obligations to comply with the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Colorado, including Rule 5(d)(1) which requires the inclusion of a certificate of service with any filing.