IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
SUSAN JONES,
DENNIS BURBANK,
ANTHONY DECESARO,
LARRY REID, and
WILLIAM RICHTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2011.**

    Plaintiff's Motion to Vacate . . . [filed April 27, 2011; docket #134] is **granted**.  The Court construes this motion as a request to supplement the motion for extension of time [docket #131] with a Certificate of Service.  The Court accepts the supplement but warns Plaintiff that the proffered certificate still does not comply fully with Local Rule 5.1G, which requires, in pertinent part, the following: "Each paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name *and address* of the person to whom it was sent, and the manner of service." (emphasis added).  Any future filings not in full compliance may be stricken.

    In the motion for extension of time [docket #131], Plaintiff asks for an extension of time through May 30, 2011, to file a motion to alter and amend judgment.  Plaintiff also refers to a "2nd Amended Complaint," consisting of "several hundred pages."  This request is **denied as moot**.  Although the time for filing a Rule 59(e) motion has passed, Rule 60(c) provides for an extended time frame in which to file a motion pursuant to Rule 60(b).

    In consideration of Plaintiff's *pro se* status, the Court grants an extension of time in which Plaintiff may file a Second Amended Complaint, limited to Claim 5(b) only, as stated in the District Court's March 7, 2011 order (docket #125 at 20), up to and including **May 25, 2011**.