**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02817-REB-MEH

JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
SUSAN JONES,
DENNIS BURBANK,
ANTHONY DECESARO,
LARRY REID, and
WILLIAM RICHTER,

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation and Order of United States Magistrate Judge** [#151][1] filed June 16, 2011. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition of the dispositive matters referred to him, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#151]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation and Order of United States Magistrate Judge** [#151], filed June 16, 2011, is **APPROVED AND ADOPTED** as an order of this court; and

2. That plaintiff's **Motion and Declaration for the Issuance of a Temporary Restraining Order and Preliminary Injunction** [#142], filed June 10, 2011, is **DENIED**.

Dated July 22, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge